**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re: JAMES E. WRIGHT, JR.                                    Case Number: 05-74306
       123 EUCLID AVENUE                  SSN-xxx-xx-4276
       ROCKFORD, IL  61102

                                                            Case filed on:      8/23/2005
                                                            Plan Confirmed on:  11/18/2005

                        P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $10,070.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
| 999 | JAMES E. WRIGHT, JR. | 0.00 | 0.00 | 4.62 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 4.62 | 0.00 |
| 001 | WELLS FARGO BANK N.A. | 8,041.09 | 2,874.30 | 2,874.30 | 0.00 |
|  | Total Secured | 8,041.09 | 2,874.30 | 2,874.30 | 0.00 |
| 002 | ATLANTIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | MAYO MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | B-LINE LLC | 4,210.06 | 4,210.06 | 4,210.06 | 0.00 |
|  | Total Unsecured | 4,210.06 | 4,210.06 | 4,210.06 | 0.00 |
|  | Grand Total: | 14,615.15 | 9,448.36 | 9,452.98 | 0.00 |

Total Paid Claimant:     $9,452.98
Trustee Allowance:       $617.02          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:  100.00     discharging the trustee and the trustee's surety from any and all
                                    liablility on account of the within proceedings, and closing the estate,
                                    and for such other relief as is just.  Pursuant to FRBP, I hereby
                                    certify that the subject case has been fully administered.

Report Dated:

                                              /s/ Lydia S. Meyer
                                             Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 03/26/2008          By  /s/Heather M. Fagan